DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PLANET MOTORS LLC,**
Appellant,

v.

**AGORA DATA INC.,**
Appellee.

No. 4D2025-0963

[May 14, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case No. 502023CA010983XXXXMB.

Morgan Lyle Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Tricia Julie Duthiers of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***